United States District Court
Southern District of Texas
**ENTERED**
June 01, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HENLEY MENEFEE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-14-1705 |
| § | |
| HOUSTON POLICE DEPARTMENT, *et al.*, § | |
| § | |
| Defendants, § | |

# FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Order entered this date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on May 31, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge